## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ADRIENNE GAIL KANTZ AND JOHN MARION KANTZ, | : | No. 363 MAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| EVERETT CASH MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.